**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GAILANN BROWN,

                            Plaintiff,

      - against -

JOBEN ENTERPRISES, INC.,

                         Defendant.
-----------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 17-6421 (JMA)(AYS)

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on April 30, 2019, granting plaintiff's motion for default judgment against defendant; directing the Clerk of the Court to enter judgment against defendant as follows: Defendant Joben Enterprises, Inc., is liable to plaintiff Gailann Brown for $500.00 in statutory damages, and $5,820 in attorneys' fees and costs, for a total award of $6,320; and directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff Gailann Brown's motion for default judgment against defendant Joben Enterprises, Inc., is granted; that defendant Joben Enterprises, Inc., is liable to plaintiff Gailann Brown for $500.00 in statutory damages, and $5,820 in attorneys' fees and costs, for a total award of $6,320; and that this case is closed.

Dated: Central Islip, New York
       April 30, 2019

                                                                            DOUGLAS C. PALMER
                                                                             CLERK OF THE COURT
                                                      BY:   /S/ JAMES J. TORITTO
                                                                                DEPUTY CLERK